John Fratus # V74577
P.O. Box 290066
Represa, CA 95671

**FILED**

MAR 02 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus (Plaintiff) <br> v. <br> Sergeant Gonzales, C.O. Mills, C.O. Carothers <br> (Defendants) | CASE NO: 2:17-CV-0462 DB PC <br> Complaint for Monetary Damages <br> Civil Rights Act <br> 42 U.S.C. § 1983 |

I DO HAVE PREVIOUS LAWSUITS

## JURISDICTION

① This action is brought pursuant to 42 U.S.C. § 1983. Therefore jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343

## VENUE

② All of the events giving rise to the complaint and allegations within this complaint took place in California State Prison Sacramento ("CSP-SAC") in Sacramento County California. Therefore venue is proper under 28 U.S.C. § 1391 (b)(2)

(1)

## INTRODUCTION

③ This action seeks monetary damages pursuant to, and brought under, 42 U.S.C. §1983 against prison officials for violations of Plaintiff John Fratus' rights to be free from cruel and unusual punishment as protected by the 8th Amendment of the U.S. Constitution as well as injunctive relief. Specifically at issue are Plaintiff John Fratus' rights to be free from the use of excessive force and to have personal safety. Plaintiff also complains about unlawful retaliation constituting cruel and unusual punishment. Plaintiff prays for damages and injunctive relief.

## PARTIES

④ The Plaintiff John Fratus was incarcerated at California State Prison Sacramento "CSP-SAC" during the events described in this complaint.

⑤ Defendant Sergeant Gonzales is a Correctional Sergeant employed at CSP-SAC. He is sued in his individual capacity.

⑥ Defendant Officer Mills is a Correctional officer employed at CSP-SAC. He is sued in his individual capacity.

⑦ Defendant officer Carothers is a Correctional officer employed at CSP-SAC. He is sued in his individual capacity.

# FACTS

⑧ On 10.2.2014 Plaintiff was escorted from "suicide watch" mental health crisis bed back to his building A3 in the P.S.U. (Psychiatric Services Unit) by officer Carothers and officer Mills.

⑨ Plaintiff is and was at all relevant times an E.O.P. (Enhanced Outpatient Program) inmate due to his diagnosis with mental illness.

⑩ Plaintiff had been experiencing mistreatment and retaliation ever since his arrival at "CSP-SAC" P.S.U. A-3 but on this particular day, 10.2.14 when plaintiff arrived back to A-3 he was moved from his cell #116 to cell #228 without legitimate penalogical justification. Plaintiff had only been on suicide watch for one week or less prior to being returned to A-3.

⑪ Plaintiff got extremely upset because these officers in A-3 had been giving plaintiff trouble and problems and kept messing with plaintiff and now they moved his cell and packed up all his property although plaintiff had only been gone less than one week and never left the facility and there was several open empty cells. this was retaliation.

③

(12) When C.O. Mills and Carothers attempted to place plaintiff into cell #228 which was empty and dirty without plaintiff's property, plaintiff got upset and stated "I am suicidal."

(13) Plaintiff was already handcuffed behind his back so C.O. Mills and C.O. Carothers said "okay let's go" and began escorting plaintiff back to the rotunda to place plaintiff back into the holding cage.

(14) Plaintiff arrived at the rotunda/sergeant office area with C.O. Mills on his right and C.O. Carothers on his left.

(15) Plaintiff was upset because he had been experiencing mental health crisis and officers kept "messing with him". this was "the straw that broke the camel's back".

(16) Plaintiff was face to face with Sergeant Gonzales and asked Sergeant Gonzales "why did you move my cell?!"

(17) Sergeant Gonzales replied sarcastically "because we needed to put somebody in your cell" and Plaintiff then stated "that's a lie there are several empty cells you could have put that person in" and Gonzales then stated "we needed your cell".

(4)

(18) Plaintiff knew they were messing with him out of spite and retaliation so plaintiff lost his temper and spit in Sergeant Gonzales face because plaintiff was sick and tired of being disrespected and violated by officers in A-3.

(19) Officers Mills and Carothers immediately slammed plaintiff down onto the ground face first.

(20) Gonzales became enraged and said "you motherfuckin bitch" and began kicking plaintiff in the face and head and body with boots on.

(21) C.O. Mills was punching plaintiff in his face and head with a closed fist.

(22) Shackles were placed on plaintiff. C.O. Carothers was twisting plaintiff's left knee in an attempt to break it.

(23) Plaintiff was no longer a threat and was not resisting. Plaintiff was face flat/chest flat on the floor. Plaintiff had handcuffs on behind his back and shackles on his feet but yet C.O. Carothers kept stomping on plaintiff's left knee attempting to break it.

(24) this was a use of excessive and unnecessary force and unjustified.

(25) Plaintiff was wrong for spitting in Sergeant's face but plaintiff is a mental patient who was experiencing a mental health crisis.

(26) Plaintiff was no longer assaultive or resistive but yet Gonzales kicked him in his face and head repeatedly with boots on while plaintiff was face down on the ground and cuffed behind his back.

(27) C.O. Mills punched plaintiff with a closed fist repeatedly in the head and face and body.

(28) C.O. Carothers was twisting plaintiff's knee and then stomping on plaintiff's knee with boots on attempting to break plaintiff's knee.

(29) Plaintiff was then brought back to Suicide Watch and admitted to "C.T.C." "crisis bed".

(30) Plaintiff's face was bruised and swollen with bumps and bruises and scrapes on plaintiff's face and head and body. Plaintiff's knee was swollen and bruised. Plaintiff had a black eye.

(6)

31) The next day a Lieutenant came and took plaintiff's statement on videocamera and documented his injuries on videocamera due to plaintiff being assaulted and battered by officers Mills and Carothers and Sergeant Gonzales.

## FIRST CLAIM FOR RELIEF

32) VIOLATION OF PRISONER'S 8th AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT "EXCESSIVE FORCE"

33) Plaintiff realleges and incorporates by reference each allegation of paragraphs one through 32, inclusive, as if herein alleged.

34) Defendants officer Mills, Carothers, and Sergeant Gonzales violated Plaintiff's 8th Amendment right to be free from cruel and unusual punishment in the form of excessive force, by their unnecessary infliction of pain, including physical injury and emotional distress.

35) Specifically defendants Mills, Carothers, and Gonzales knowingly, maliciously, and sadistically inflicted

(7)

physical, emotional, and mental abuse upon plaintiff when they beat him with excessive force on 10·2·14. Defendants actions offend contemporary standards of decency.

36) Defendants subjected plaintiff to this physical, emotional, and mental abuse under circumstances that which did not require such.

37) Defendants' acts were despicable, knowing, willful, malicious, and carried out with deliberate indifference and reckless disregard for Plaintiff's Federally protected rights.

38) As a direct and proximate result of all of the defendants' actions herein alleged, Plaintiff suffered physical injury. Plaintiff is entitled to an award of compensatory and punitive damages for injuries suffered

39) As a further direct and proximate result of all of the defendants' actions herein alleged, plaintiff suffered, and continues to suffer, emotional and psychological distress. Plaintiff is entitled to an award of compensatory and punitive damages for his injuries suffered.

# PRAYER FOR RELIEF

(40) Wherefore Plaintiff John Fratus prays for the following relief:

(A) Compensatory damages from each defendant.

(B) Punitive damages from each defendant.

(C) Reasonable attorney's fees pursuant to 42 U.S.C. § 1988.

(D) Costs of suit; and

(E) such further relief that this court deems proper.

# DEMAND FOR JURY TRIAL

Plaintiff John Fratus hereby demands a jury trial.

Signed under the penalty of perjury.

Date: 2-28-17

*John Fratus*
*John Fratus*
John Fratus Pro Se Plaintiff

(9)

# PROOF OF SERVICE BY MAIL

I John Fratus am plaintiff in this matter. I am over 18 years old. I am an inmate at California State Prison Sacramento P.O. Box 290066 Represa, CA 95671 Sacramento County California.

On the date of 2·28·2017 I mailed the attached civil rights complaint in the U.S. Mail Postage fully paid addressed as follows:

    office of the clerk
    U.S. District Court
    Eastern District of California
    501 I Street, Suite 4-200
    Sacramento, CA 95814

Signed under the penalty of perjury.

Date: 2·28·17

*John Fratus*
Plaintiff Pro Se