Dear clerk 2·26·17

My name is John Fratus # V74577
            P.O. Box 290066
            Represa, CA  95671

2:17 - CV - 0 4 6 2 DB PC

attached and enclosed is my civil rights
   Complaint. I am in the process of
sending the **350** dollar Filing fee.
I sent a request to the counselor
to approve and process the 350 dollar
check.

**FILED**

MAR 0 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

thank you

John Fratus
John Fratus