UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>             Plaintiff,<br><br>      v.<br><br>GONZALES, et al.,<br><br>             Defendants. | No.  2:17-cv-0462 KJM DB P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis or pay the filing fee of $400.00.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis or pay the filing fee of $400.00.

DATED: March 22, 2017

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/frat0462.36