IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,** | Case No. 2:17-cv-00462 KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **GONZALES, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request for a stay (ECF No. 16) and an extension of time to respond to Plaintiff's complaint is granted. Defendants' obligation to respond to the complaint is stayed until the November 9, 2017 settlement conference scheduled in *Fratus v. Klein*, E.D. Cal. No. 2:17-cv-00535-KJM-KJN, and *Fratus v. Mazyck*, E.D. Cal. No. 2:16-cv-00076-KJM-EFB. If the parties are unable to settle this case on that date, Defendants shall respond to Plaintiff's complaint within thirty days, on or before December 9, 2017.

IT IS SO ORDERED.

DATED: October 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/orders/prisoner-civil rights/frat0462.ans eot